**Order entered May 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00514-CV

## IN RE ANTHONY ARREDONDO, ET AL., Relators

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01743-99**

## ORDER
Before Justices Lang-Miers, Fillmore, and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **GRANT** the May 16, 2016 Additional Party Plaintiffs' Motion for Leave to Join Relators'

Petition for Writ of Mandamus. We **DENY** as unnecessary the May 2, 2016 Motion For

Expedited Consideration of the petition for writ of mandamus. We **ORDER** relators to bear the

costs, if any, of this original proceeding.


/s/     ELIZABETH LANG-MIERS
           JUSTICE